UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00427-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS PERLA-ALBERTO, a/k/a Carlos Arestides Perla-Alverto,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, December 7, 2011,** and responses to these motions shall be filed by **Friday, December 16, 2011.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference shall not be set at this time. The parties shall contact Chambers should a hearing become necessary. It is

FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, December 27, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: October 24, 2011.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL
                        CHIEF U. S. DISTRICT JUDGE