UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00427-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CARLOS PERLA-ALBERTO, a/k/a Carlos Arestides Perla-Alverto,

      Defendant.

_____

## MINUTE ORDER

_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on November 30, 2011 [ECF No. 13].  A Change of Plea hearing is set for **Thursday, January 12, 2012, at 2:00 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  December 1, 2011.